STEPHANIE HINDS (CABN 154284)
United States Attorney

TOM COLTHURT (CABN 99493)
Chief, Criminal Division

MICHAEL J. MORSE (CABN 291763)
JUAN M. RODRIGUEZ (CABN 313284)
Special Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone Number (213) 894-7367/0141
    Michael.Morse@usdoj.gov
    Juan.Rodriguez@usdoj.gov

Attorney for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVSION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BABAK BROUMAND AND<br><br>MALAMATENIA MAVROMATIS,<br><br>Defendants. | Case No.CR-21-00162-WHO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE FROM FEBRUARY 16, 2023 AT 1:30 PM TO JUNE 22, 2023 AT 1:30 PM, AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; and**<br><br>[PROPOSED] ORDER |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendants BABAK BROUMAND and MALAMATENIA MAVROMATIS, that the status conference set for February 16, 2023, at 1:30 p.m. be continued to June 22, 2023, at 1:30 pm,

and that time be excluded under the Speedy Trial Act from February 16, 2023 through June 22, 2023.

## STIPULATION

The parties hereby stipulate that the currently set status conference be continued from February 16, 2023, at 1:30 p.m. to June 22, 2023, at 1:30 p.m. Defendant BABAK BROUMAND is in custody in the Central District of California, awaiting sentencing, after being convicted at jury trial in *United States v. Broumand*, 20-224-RGK(A). Defendant MALAMANTENIA MAVROMATIS is not in custody.

1. Defendant BABAK BROUMAND is in custody in the Central District of California after being convicted at jury trial in the related case of *United States v. Broumand*, 20-224-RGK(A). Sentencing was originally scheduled for January 30, 2023, but was continued to February 27, 2023.

2. Additionally, counsel for defendant BABAK BROUMAND has a state criminal jury trial in the San Mateo Superior Court captioned as *The People of the State of California v. Jared Wong,* Case Number: 20-NF-004349-A. The case currently has a Section 995 motion hearing set for February 27, 2023 (which now has to be moved back because of the unexpected hearing conflict with the California Central District federal case described in paragraph 1), has a pretrial conference set for April 26, 2023, and a trial date of May 26, 2023. The case involves a drug related armed-robbery.

3. The government has produced over 60,000 pages of discovery to defendant Mavromatis which primarily consists of business records, including bank, credit card,

mortgage broker, title company, and escrow company records, tax returns, and witness interview reports.

4. On March 24, 2022, the government obtained a superseding indictment in this case adding defendant MAVROMATIS who first appeared in this case on April 19, 2022, in which she was charged with two counts of False Statements on a Loan Application in violation of 18 U.S.C. § 1014 (Counts Four and Six). Prior to defendant MAVROMATIS's indictment, co-defendant BABAK BROUMAND had already been charged.

5. Additionally, counsel for both defendants agree that additional time is needed for meaningful preparation for trial, including additional research and investigation, and discussions with their clients and the government regarding possible pretrial resolution.

6. The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsels can continue to prepare for trial. Further, a pretrial conference date well after defendant BABAK BROUMAND's sentencing will best allow the parties to give meaningful consideration regarding scheduling a trial date in this matter.

7. The parties stipulate and agree that excluding time until June 22, 2023, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 16, 2023, through June 22, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

//

//

8. The undersigned Assistant United States Attorneys certify that they have obtained approval from all counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 9, 2023                 /s/ *Michael J. Morse*
                                        MICHAEL J. MORSE
                                        JUAN M. RODRIGUEZ
                                        Special Assistant United States Attorney


DATED:  February 10, 2023               s/ *Steven F. Gruel*
                                        STEVEN F. GRUEL
                                        Counsel for Defendant BROUMAND


DATED: February 10, 2023                /s/ *Paul H. Nathan*
                                        PAUL H. NATHAN
                                        Counsel for Defendant MAVROMATIS

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the status conference from February 16, 2023, at 1:30 p.m. to June 22, 2023, at 1:30 p.m.

Furthermore, the Court finds that failing to exclude the time from February 16. 2023, through June 22, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from

February 16, 2023, through June 22, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties,

IT IS HEREBY ORDERED that the time from February 16. 2023, through June 22, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:                                   -----------------------------------------------
                                           HONORABLE WILLIAM H. ORRICK
                                           United States District Court