ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

TOM COLTHURT (CABN 99493)
Chief, Criminal Division

MICHAEL J. MORSE (CABN 291763)
JUAN M. RODRIGUEZ (CABN 313284)
Special Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (213) 894-7367/0304
    FAX: (213) 894-7631
    michael.morsel@usdoj.gov
    juan.rodriguez@usdoj.gov

Attorney for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>BABAK BROUMAND AND<br>MALAMATENIA MAVROMATIS,<br><br>    Defendants. | Case No. CR-21-00162-WHO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE FROM JUNE 29, 2023 AT 1:30 PM TO JULY 27, 2023 AT 1:30 PM, AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; AND [PROPOSED] ORDER** |

STIPULATION

The parties hereby stipulate that the currently set status conference be continued from June 29, 2023, at 1:30 p.m. to July 27, 2023, at 1:30 p.m. Defendant BABAK BROUMAND is in custody in the Central District of California, serving a 72-month sentence, after being

convicted at jury trial in *United States v. Broumand*, 20-224-RGK(A).  Defendant MALAMANTENIA MAVROMATIS is not in custody.

1. Defendant BABAK BROUMAND is in custody in the Central District of California after being convicted at jury trial in the related case of *United States v. Broumand*, 20-224-RGK(A).

2. Additionally, counsel for defendant MALAMANTENIA MAVROMATIS is currently engaged in a state jury trial in Marin County Superior Court, *People v. Hector Gramajo-Diaz*, Case No.: CR209142A.

3. The government has produced over 60,000 pages of discovery to defendant MAVROMATIS, which primarily consists of business records, including bank, credit card, mortgage broker, title company, and escrow company records, tax returns, and witness interview reports.

4. On March 24, 2022, the government obtained a superseding indictment in this case adding defendant MAVROMATIS, who first appeared in this case on April 19, 2022, in which she was charged with two counts of False Statements on a Loan Application in violation of 18 U.S.C. § 1014 (Counts Four and Six).  Prior to defendant MAVROMATIS's indictment, co-defendant BABAK BROUMAND had already been charged.

5. Additionally, counsel for both defendants agree that additional time is needed for meaningful preparation for trial, including additional research and investigation, and discussions with their clients and the government regarding possible pretrial resolution.  The parties are currently engaged in earnest pretrial resolution discussion that may obviate the need for trial.

6.  The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsels can continue to prepare for trial and engage in pretrial resolution discussions.

7.  The parties stipulate and agree that excluding time until July 27, 2023, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 29, 2023, through July 27, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

8.  The parties are also discussing resolution of this entire matter and require more time to discuss different settlement alternatives.

//

//

9. The undersigned Assistant United States Attorneys certify that they have obtained approval from all counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 27, 2023                    /s/ *Michael J. Morse*
                                        MICHAEL J. MORSE
                                        JUAN M. RODRIGUEZ
                                        Special Assistant United States Attorney


DATED: June 27, 2023                    /s/ *Steven F. Gruel*
                                        STEVEN F. GRUEL
                                        Counsel for Defendant BROUMAND


DATED: June 27, 2023                    /s/ *Paul H. Nathan*
                                        PAUL H. NATHAN
                                        Counsel for Defendant MAVROMATIS


### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the status conference from June 29, 2023, at 1:30 p.m. to July 27, 2023, at 1:30 p.m.

Furthermore, the Court finds that failing to exclude the time from June 29. 2023, through July 27, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from

June 29, 2023, through July 27, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties,

    IT IS HEREBY ORDERED that the time from June 29. 2023, through July 27, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

---

DATED:                             HONORABLE WILLIAM H. ORRICK
                                        United States District Court