1  ISMAIL J. RAMSEY (CABN 189820)
2  United States Attorney

3  TOM COLTHURT (CABN 99493)
   Chief, Criminal Division
4

5  MICHAEL J. MORSE (CABN 291763)
   JUAN M. RODRIGUEZ (CABN 313284)
6  Special Assistant United States Attorneys

7      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
8      Telephone: (213) 894-7367/0304
       FAX: (213) 894-7631
9      michael.morsel@usdoj.gov
       juan.rodriguez@usdoj.gov
10

11  Attorney for Petitioner United States of America

12                 IN THE UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15                        SAN FRANCISCO DIVISION

16  UNITED STATES,                          Case No. CR-21-00162-WHO

17            Plaintiff,                     **STIPULATION TO CONTINUE
                                             STATUS CONFERENCE FROM
18  v.                                       FEBRUARY 22, 2024 AT 1:30 P.M., TO
                                             JULY 11, 2024 at 1:30 P.M. AND
19  BABAK BROUMAND AND                       EXCLUDE TIME UNDER THE
20  MALAMATENIA MAVROMATIS,                  SPEEDY TRIAL ACT; AND
                                             [PROPOSED] ORDER**
21            Defendants.

22

23

24

25                              STIPULATION

26        The parties hereby stipulate that the currently set status conference be continued from

27  February 22, 2024, at 1:30 p.m. to July 11, 2024, at 1:30 p.m.

28

STIPULATION AND [PROPOSED] ORDER
*United States v. Broumand, et al;*
Case No. CR-21-00162-WHO
                              1

1.   Defendant BABAK BROUMAND is in custody in the Central District of California after being convicted at jury trial in the related case of *United States v. Broumand*, 20-224-RGK(A).

2.   The government has produced over 60,000 pages of discovery to defendant MAVROMATIS, which primarily consists of business records, including bank, credit card, mortgage broker, title company, and escrow company records, tax returns, and witness interview reports.

3.   On March 24, 2022, the government obtained a superseding indictment in this case adding defendant MAVROMATIS, who first appeared in this case on April 19, 2022, in which she was charged with two counts of False Statements on a Loan Application in violation of 18 U.S.C. § 1014 (Counts Four and Six).  Prior to defendant MAVROMATIS's indictment, co-defendant BABAK BROUMAND had already been charged.

4.   Counsel for both defendants agree that additional time is needed for meaningful preparation for trial, including additional research and investigation, and discussions with their clients and the government regarding possible pretrial resolution.  The parties are currently engaged in earnest pretrial resolution discussion that may obviate the need for trial.  The government extended a proposed global disposition on October 19, 2023.  The proposed global disposition related to tax charges and required defense counsel to consult with outside subject matter experts to effectively advise their clients.  As a result, the parties met and conferred.  On January 29, 2024, the government again extended a proposed global disposition, taking into account issues raised by counsel during negotiation.  Counsel for Mr. Broumand represents that he has not yet been able to meet with Mr. Broumand regarding the government's proposed disposition due to scheduling difficulties related to Mr. Broumand's incarceration.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Thus, both defendants agree more time is needed to review, and advise their clients on the government's proposed global disposition in this matter, and prepare for a potential jury trial should negotiations fail.

5.   The government and counsel for the defendants agree that time be excluded under the Speedy Trial Act so that defense counsels can continue to prepare for trial and engage in pretrial resolution discussions.

6.   The parties stipulate and agree that excluding time until July 11, 2024, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from February 22, 2024, through July 11, 2024 computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

7.   The parties are also discussing resolution of this entire matter and require more time to discuss different settlement alternatives.  The parties believe that they are close to reaching a pretrial resolution and in the event they do so will seek to stipulate to advance the status conference to a date and time convenient for all parties and the Court.

//

//

STIPULATION AND [PROPOSED] ORDER
*United States v. Broumand, et al;*
Case No. CR-21-00162-WHO

8.  The undersigned Assistant United States Attorneys certify that they have obtained approval from all counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 20, 2024                    /s/ *Michael J. Morse*
                                            MICHAEL J. MORSE
                                            JUAN M. RODRIGUEZ
                                            Special Assistant United States Attorney


DATED: February 20, 2024                    /s/ *Steven F. Gruel*
                                            STEVEN F. GRUEL
                                            Counsel for Defendant BROUMAND


DATED: February 20, 2024                    /s/ *Paul H. Nathan*
                                            PAUL H. NATHAN
                                            Counsel for Defendant MAVROMATIS


## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the status conference from February 22, 2024, at 1:30 p.m. to July 11, 2024, at 1:30 p.m.

Furthermore, the Court finds that failing to exclude the time from February 22, 2024, through July 11, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from

STIPULATION AND [PROPOSED] ORDER
*United States v. Broumand, et al;*
Case No. CR-21-00162-WHO

February 22, 2024, through July 11, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, and with the consent of the parties,

IT IS HEREBY ORDERED that the time from February 22, 2024, to July 11, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:               ------------------------------------------------
                         HONORABLE WILLIAM H. ORRICK
                         United States District Court