PAUL NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
1001 Lootens Place, Suite 200
San Rafael, California 94901
Telephone:        415-341-1144
Facsimile:        415-341-1155

Attorneys for Defendant
MALAMETENIA MAVROMATIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, | Case No.: CR-21-00162-WHO |
| Plaintiffs, | **STIPULATION AND ORDER PERMITTING DEFENDANT MAVROMATIS TO TRAVEL OUTSIDE OF THE NORTHERN DISTRICT OF CALIFORNIA** |
| v. | |
| BABAK BROUMAND AND MALAMETENIA MAVROMATIS, | |
| Defendants. | |

**I.   INTRODUCTION**

Defendant MAVROMATIS is required to travel for in person meetings as part of her employment. Currently, defendant MALAMENTENIA MAVROMATIS is not permitted to travel outside of the Northern District of California per her pre-trial release conditions.

Therefore, the Parties, through their respective counsel, stipulate to the following agreement permitting MAVROMATIS to travel.

/ / /

/ / /

## II. STIPULATION

The parties hereby stipulate that defendant MALAMENTENIA MAVROMATIS may travel to Alabama, Arizona, Hawaii, Florida, Louisiana, Montana, New York, Oregon, and the State of Washington to facilitate her employment obligations so long as she notifies her pre-trial release officer, **and** the officer has no objection to Ms. MAVROMATIS embarking on said travel.

SO STIPULATED:

Dated: July 9, 2024 _____/S/ *Juan M. Rodriguez*_____
MICHAEL J. MORSE
JUAN M. RODRIGUEZ
Special Assistant United States Attorney

Dated: July 9, 2024 ____/S/ *Paul H. Nathan* _____
PAUL H. NATHAN
Attorney for Defendant
MALAMENTENIA MAVROMATIS

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

Based upon the facts set forth in this stipulation of the parties and good cause shown, the Court hereby GRANTS the above stipulation.

Defendant MAVROMATIS is permitted to Alabama, Arizona, Hawaii, Florida, Louisiana, Montana, New York, Oregon, and the State of Washington to facilitate her employment obligations so long as she notifies her pre-trial release officer prior to said travel, **and** the officer has no objection to Ms. MAVROMATIS embarking on said travel.

IT SO ORDERED

DATED: _____

HONORABLE WILLIAM H. ORRICK
United States District Court