UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 8, 2024          **Time:** 1 minute          **Judge:** WILLIAM H. ORRICK
1:46 p.m. to 1:147 p.m.

**Case No.**: 21-cr-00162-WHO-1     **Case Name:** UNITED STATES v. Broumand, et al

**Attorney for Plaintiff:**     Nikhil Bhagat
**Attorney for Defendant:**     Steven Gruel for **Babak Broumand**
                                Paul Nathan for **Malamatenia Mavromatis**
**Defendants:** [ ] Present   [ X ] Not Present
**Defendants' Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis                    **Reported by:** Marla Knox
**Interpreter:** n/a                            **Probation Officer:** n/a

## PROCEEDINGS

Defendants and defense counsel are not present for the status conference. The Court requests that Mr. Bhagat communicate to his colleagues managing the case that they must appear in person or via Zoom next week and provide the Court with an update as to the status of the case.

*Following the hearing counsel advised the Court that the August 8, 2024 setting resulted from a docketing error in the posting of the most recent stipulation for continuance. The order provides that the status conference be reset for October 31, 2024.*

**Status Conference date corrected to October 31, 2024 at 1:30 p.m.** No appearance will be required on August 15, 2024.

One week prior to the Status Conference (**October 24, 2024**) counsel should file a status conference containing a proposed litigation schedule or explaining why the setting of a schedule is not appropriate at this time.