PAUL NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
1001 Lootens Place, Suite 200
San Rafael, California 94901
Telephone:            415-341-1144
Facsimile:            415-341-1155

Attorneys for Defendant
MALAMETENIA MAVROMATIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiffs,<br><br>v.<br><br>BABAK BROUMAND AND<br>MALAMETENIA MAVROMATIS,<br><br>Defendants. | ) Case No.: CR-21-00162-WHO<br>)<br>) **STIPULATION AND ORDER**<br>) **PERMITTING DEFENDANT**<br>) **MAVROMATIS REGARDING HER**<br>) **PASSPORT AND ITS RENEWAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## I.  INTRODUCTION

Defendant MAVROMATIS wishes to renew her expired passport, which is in the custody of this Court's Pre-Trial Services.  MAROMATIS requires her passport to be released to her so she may apply for a new U.S. Passport.

Therefore, the Parties, through their respective counsel, stipulate to the following agreement permitting MAVROMATIS to renew her passport.

The US Attorney's Office and Pre-Trial Services have represented to MAVROMATIS's counsel that neither have an objection to the following Stipulation.

-1-

*United States v. Broumand, et al.*        STIPULATION AND ORDER        CR-21-00162-WHO

**II. STIPULATION**

The Parties Stipulate:

1.      Pre-Trial Services shall release MAVROMATIS's passport to MAVROMATIS to allow her to apply for a new passport;

2.      MAVROMATIS shall surrender her newly issued U.S. Passport to Pre-Trial Services within forty-eight (48) hours of MAVROMATIS's receipt of said newly issued passport.

SO STIPULATED:

Dated:  March 28, 2025                                          _____/S/ Juan M. Rodriguez_____
                                                               MICHAEL J. MORSE
                                                               JUAN M. RODRIGUEZ
                                                               Special Assistant United States Attorney


Dated:  March 28, 2025                                          ____/S/ Paul H. Nathan _____
                                                               PAUL H. NATHAN
                                                               Attorney for Defendant
                                                               MALAMENTENIA MAVROMATIS

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

*United States v. Broumand, et al.*        STIPULATION AND ORDER        CR-21-00162-WHO

**ORDER**

Based upon the facts set forth in this stipulation of the parties and good cause shown, the Court hereby GRANTS the above stipulation.

1.     Pre-Trial Services shall release MAVROMATIS's passport to MAVROMATIS to allow her to apply for a new passport;

2.     MAVROMATIS shall surrender her newly issued U.S. Passport to Pre-Trial Services within forty-eight (48) hours of MAVROMATIS's receipt of said newly issued passport.

IT SO ORDERED

DATED:  April 1, 2025

HONORABLE WILLIAM H. ORRICK
United States District Court

-3-

*United States v. Broumand, et al.*          STIPULATION AND ORDER          CR-21-00162-WHO