PAUL HENRY NATHAN SBN: 262697
**LAW OFFICES OF PAUL H. NATHAN**
1001 Lootens Place, Suite 200
San Rafael, California 94901
Telephone:            415-341-1144
Facsimile:            415-341-1155

Attorneys for Defendant
MALAMETENIA MAVROMATIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, | Case No.: CR-21-00162-WHO |
| Plaintiffs, | **STIPULATION AND ORDER PERMITTING DEFENDANT MAVROMATIS TO TEMPORARILY TAKE POSSESSION OF HER PASSPORT** |
| v. | |
| BABAK BROUMAND AND MALAMETENIA MAVROMATIS, | |
| Defendants. | |

## I.  INTRODUCTION

Defendant MAVROMATIS requires her passport to sign documents at the Greek Consulate on September 25, 2025.

Therefore, the Parties, through their respective counsel, stipulate to the following agreement permitting MAVROMATIS to temporarily take possession of her passport on August 25, 2025.

The US Attorney's Office and Pre-Trial Services have represented to MAVROMATIS's counsel that neither have an objection to the following Stipulation.

/ / /

-1-

*United States v. Broumand, et al.*          STIPULATION AND ORDER          CR-21-00162-WHO

**II. STIPULATION**

The Parties Stipulate:

1.      Pre-Trial Services shall release MAVROMATIS's U.S. passport to MAVROMATIS on the morning of August 25, 2025, for her 12:00 p.m. appointment at the Greek Consulate.

2.      MAVROMATIS shall surrender her U.S. Passport to Pre-Trial Services within thirty-six (36) hours, no later than August 26, 2025.

SO STIPULATED:

Dated:  August 19, 2025                    _____/S/ *Juan M. Rodriguez*_____
                                                      MICHAEL J. MORSE
                                                      JUAN M. RODRIGUEZ
                                                      Special Assistant United States Attorney

Dated:  August 19, 2025                    _____/S/ *Paul H. Nathan* _____
                                                      PAUL H. NATHAN
                                                      Attorney for Defendant
                                                      MALAMENTENIA MAVROMATIS

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-2-

*United States v. Broumand, et al.*          STIPULATION AND ORDER                    CR-21-00162-WHO

**ORDER**

Based upon the facts set forth in this stipulation of the parties and good cause shown, the Court hereby GRANTS the above stipulation.

1.      Pre-Trial Services shall release MAVROMATIS's passport to MAVROMATIS on August 25, 2025;

2.      MAVROMATIS shall surrender her U.S. Passport to Pre-Trial Services within thirty six (36) hours, on August 26, 2025.

IT SO ORDERED

DATED:                                        _____

HONORABLE WILLIAM H. ORRICK
United States District Court

*United States v. Broumand, et al.*          STIPULATION AND ORDER          CR-21-00162-WHO