CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL J. MORSE (CABN 291763)
JUAN M. RODRIGUEZ (CABN 313284)
Special Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (213) 894-7367/0304
    FAX: (213) 894-7631
    michael.morse@usdoj.gov
    juan.rodriguez@usdoj.gov

Attorney for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>BABAK BROUMAND AND MALAMATENIA MAVROMATIS,<br><br>    Defendants. | Case No. CR-21-00162-WHO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA FROM OCTOBER 23, 2025 AT 1:30 P.M. TO DECEMBER 11, 2025, AT 1:30 P.M. AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; AND ORDER** |

<u>STIPULATION</u>

The parties hereby stipulate that the currently set status conference/change of plea be continued from October 23, 2025, at 1:30 p.m. to December 11, 2025, at 1:30 p.m.

1.     Defendant BABAK BROUMAND is in custody of the Bureau of Prisons in Alabama after being convicted at jury trial in the related case of *United States v. Broumand*, 20-224-RGK(A).

2.  The government has produced over 60,000 pages of discovery to defendant MAVROMATIS, which primarily consists of business records, including bank, credit card, mortgage broker, title company, and escrow company records, tax returns, and witness interview reports.

3.  On March 24, 2022, the government obtained a superseding indictment in this case adding defendant MAVROMATIS, who first appeared in this case on April 19, 2022, in which she was charged with two counts of False Statements on a Loan Application in violation of 18 U.S.C. § 1014 (Counts Four and Six).  Prior to defendant MAVROMATIS's indictment, co-defendant BABAK BROUMAND had already been charged.

4.   The parties have reached an agreement on a proposed resolution for both defendant Broumand and defendant Mavromatis.  The government has filed the plea agreement for defendant Broumand.  (Dkt. 61.)  The government will be recommending diversion for defendant Mavromatis; Pretrial services has conducted an evaluation and concurs in the recommendation of diversion.

5.   On October 21, 2025, defendant Mavromatis  signed a diversion agreement with the government, pursuant to a yet unfiled charging document—a First Superseding Information.   On October 1, 2025, the federal government underwent a lapse in funding (the "Government Shutdown").  The assigned Special Assistant United States Attorneys, who are principally assigned to the Central District of California, are required to travel in order to appear on behalf of the government in this case.  Given the Government Shutdown,

STIPULATION AND [PROPOSED] ORDER
*United States v. Broumand, et al;*
Case No. CR-21-00162-WHO

government funded travel is currently restricted.  Further, defense counsel for defendant Mavromatis needs additional time to review and discuss the yet unfiled First Superseding Information with his client.  Additionally, counsel and the government require additional time to schedule arraignment of Ms. Mavromatis on the First Superseding Information.  Accordingly, in addition to the reasons outline below, the government and defense counsel agree that time is excludable because of the Court's "consideration…of [the] proposed plea agreement to be entered into by the [parties]." 18 U.S.C. § 3161(h)(1)(G).

6.  Therefore, the parties stipulate and agree that excluding time until December 11, 2025, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from October 23, 2025, through December 11, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

7.  Accordingly, the parties ask that the Court to continue the status conference/change of plea to December 11, 2025, since that is the date the parties are soonest available that provides sufficient time for the First Superseding Information to be filed, government travel to be arranged, and the arraignment to held, as referenced above.

9.  The undersigned Special Assistant United States Attorneys certify that they have obtained approval from all counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 21, 2025                     /s/ *Juan M. Rodriguez*
                                            MICHAEL J. MORSE
                                            JUAN M. RODRIGUEZ
                                            Special Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
*United States v. Broumand, et al;*
Case No. CR-21-00162-WHO

DATED: October 20, 2025                    /s/ *Steven F. Gruel*___
                                           STEVEN F. GRUEL
                                           Counsel for Defendant BROUMAND

DATED: October 20, 2025                    /s/ *Paul H. Nathan*
                                           PAUL H. NATHAN
                                           Counsel for Defendant MAVROMATIS

ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the status conference from October 23 2025, at 1:30 p.m. to December 11, 2025, at 1:30 p.m.

Furthermore, the Court finds that failing to exclude the time from October 23, 2025 through December 11, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from October 23, 2025, through December 11, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties.

///

///

IT IS HEREBY ORDERED that the time from October 23, 2025, to December 11, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(1)(G), (h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: October 22, 2025

HONORABLE WILLIAM H. ORRICK
United States District Court