AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. CR-21-162-WHO |
| MALAMATENIA MAVROMATIS a/k/a ) | |
| MALAMATENIA MAVROMATIS BROUMAND, ) | |
| _____ ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/11/2025

_____
Defendant's signature

_____
Signature of defendant's attorney

PAUL NATHAN
Printed name of defendant's attorney

_____
Judge's signature

Hon. Thomas S. Hixson, U.S. Magistrate Judge
Judge's printed name and title